Caligiuri, Appellant, *v.* Grandinetti.

Argued March 19, 1965. Before Bell, C. J., Musmanno, Jones, Cohen, Eagen, O'Brien and Roberts, JJ.

*A. N. Brunwasser,* for appellant.

*John B. Nicklas, Jr.,* with him *McCrady & Nicklas,* for appellee.

Opinion Per Curiam, April 20, 1965:
Decree affirmed, each party to pay own costs.